FILED

AUG 16 2018

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK


UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:18-CR-00045-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **I N F O R M A T I O N** |
| ) | |
| DIEUDONNE SOIFILS ) | |

The United States Attorney charges that:

### General Allegations

At all times relevant to this Information:

1. The Immigration and Nationality Act (INA) governs the immigration laws of the United States.

2. The term "alien" means any person not a citizen or national of the United States.

3. Pursuant to the INA, aliens are not permitted to permanently reside in the United States unless they are lawful permanent residents.

4. The defendant, DIEUDONNE SOIFILS, was an alien born in Kenscoff, Port-au-Prince, Haiti.

5. On May 5, 1976, the defendant, DIEUDONNE SOIFILS, was granted lawful permanent resident status in the United States pursuant to the INA.

6. Since May 5, 1976, the defendant, DIEUDONNE SOIFILS, has neither applied for United States citizenship, been naturalized as a United States citizen, nor has met the criteria for derivative citizenship.

7. On September 29, 2012, the defendant, DIEUDONNE SOIFILS, registered to vote in North Carolina and attested under the penalty of perjury that he was a citizen of the United States.

8. The defendant, DIEUDONNE SOIFILS, was assigned a polling place located in Beaufort County, North Carolina.

9. The statute of limitations for false claim of citizenship with the intent to vote is five years.

10. The defendant, DIEUDONNE SOIFILS, voted in the General Elections of 2012 and 2016 in Beaufort County, North Carolina.

11. Beaufort County is located in the Eastern District of North Carolina.

[remainder of page intentionally blank]

**COUNT ONE**

On or about November 8, 2016, in the Eastern District of North Carolina, the defendant, DIEUDONNE SOIFILS, an alien, knowing he was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611(a).


ROBERT J. HIGDON, JR.
United States Attorney


*Sebastian Kielmanovich*
BY: SEBASTIAN KIELMANOVICH
Assistant United States Attorney


 8-15-2018
DATE

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA**

**AFFIDAVIT**

*BACKGROUND*

1. I, Jahaira Torrens (hereinafter "your affiant"), am a Special Agent (S/A) of the Department of Homeland Security (DHS), under Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), formerly known as the Immigration and Naturalization Service (INS). Previous to my appointment as an ICE-HSI S/A, I was a Detective with the Puerto Rico Police Department for approximately fifteen years. As part of my duties I conducted investigations related to controlled substances trafficking, identity theft, public corruption, violent crimes, and other violations. I have been a S/A with the federal government for approximately nine years. I am currently assigned to the ICE-HSI Resident Agent in Charge, Raleigh, North Carolina Field Office (ICE-HSI RAC/RA). I have training and experience in the application for and service of arrest and search warrants. My duties routinely include the investigation of violations of Titles 8, 18, 19, 21, and 31 of the United States Code.

2. This affidavit is made in support of a criminal information against Dieudonne Soilfis (hereinafter "SOILFIS") for voting by alien, in violation of Title 18, United States Code, Section 611(a).

1

3. This affidavit is submitted for the limited purpose of establishing probable cause that SOILFIS committed the offense of voting by alien, in violation of Title 18, United States Code, Section 611(a). For this reason, your affiant has not included details of every aspect of this investigation, rather only such information as necessary. Your affiant is thoroughly familiar with the information contained in this affidavit, either through personal investigation or discussions with other law enforcement officers who have interviewed individuals or personally have obtained information which they in turn have reported to your affiant.

### *PROBABLE CAUSE*

4. Government databases reflect the following information relative to SOILFIS:

a. SOILFIS is an alien born in Kenscoff, Port-au-Prince, Haiti.

b. On May 5, 1976, SOILFIS was granted lawful permanent resident status in the United States.

c. Since May 5, 1976, SOILFIS has neither applied for United States citizenship, been naturalized as a United States citizen, nor has met the criteria for derivation of United States citizenship.

2

Sk

d. On September 29, 2012, SOILFIS registered to vote in North Carolina and attested under the penalty of perjury that he was a citizen of the United States.

e. SOILFIS was assigned a polling place located in Beaufort County, North Carolina.

f. SOILFIS voted in the General Elections of 2012 and 2016 in Beaufort County, North Carolina.

### *CONCLUSION*

5. Based on the foregoing, I, Jahaira Torrens, believe that there is ample probable cause to conclude that Dieudonne Soilfis was not a citizen of the United States at the time he voted and is thus guilty of voting by alien, in violation of Title 18, United States Code, Section 611(a). Your affiant respectfully asks that the Court issue a warrant ordering his arrest for such crime.

Jahaira Torrens
Special Agent
Homeland Security Investigations

On this 16 day of August 2018, Special Agent Jahaira Torrens appeared before me via reliable electronic means, was placed under oath, and attested to the contents of this Affidavit.

JAMES E. GATES
United States Magistrate Judge
Eastern District of North Carolina

3

SK